UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NEAL EVERETT CRAIG,<br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | **JUDGMENT**<br>**CASE NO. 2:13-CV-27-BO** |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's motion for attorneys fees pursuant to the Equal Access Justice Act is GRANTED.

**This Judgment Filed and Entered on June 17, 2015, and Copies To:**

| | |
|---|---|
| Lawrence Wittenberg | (via CM/ECF Notice of Electronic Filing) |
| Marc D. Epstein | (via CM/ECF Notice of Electronic Filing) |

DATE                                      JULIE RICHARDS JOHNSTON, CLERK

June 17, 2015                      /s/ Linda Downing
                                              (By) Linda Downing, Deputy Clerk